UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANICHELLE SANTIAGO,

    Plaintiff,

v.                            Case No: 8:20-cv-622-T-36AAS

FLORIDA SPINE & WELLNESS CENTER
CORP. and ALI HAMTAEE,

    Defendants.
_____/

**ORDER**

Before the Court is the parties' Stipulation for Dismissal With Prejudice (Doc. 23). In accord with the Stipulation for Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulation for Dismissal With Prejudice is **APPROVED** (Doc. 23).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on January 7, 2021.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record